UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR DEBOUCHEL ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-4720 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "N" (2) |

### ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to plaintiffs' Motion to Compel and for Attorney's Fees, Record Doc. No. 16, set for hearing on July 25, 2007 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED and defendant is **HEREBY ORDERED** to respond to plaintiffs' discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to plaintiffs' counsel, within ten (10) days of entry of this order. All objections,

except on the basis of attorney-client privilege or work product doctrine, are deemed waived. In addition, defendant must pay to plaintiffs $450 in attorney's fees for its complete failure to respond to discovery served on May 11, 2007. Fed. R. Civ. P. 37(a)(4)(A).

New Orleans, Louisiana, this __24th__ day of July, 2007.

*[signature]*

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE